Rebecca L. Pennell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
FRANCISCO MORA-ZAMORA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-04-2132-EFS |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO DISMISS |
| FRANCISCO MORA-ZAMORA, | |
| Defendant. | |

BEFORE THE COURT is the Defendant's Motion to Dismiss (Ct. Rec. 81.) As set forth in Defendant's motion, the Government agrees that dismissal is appropriate.

Based upon Defendant's submission, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Ct. Rec. 81) is **GRANTED**, and related Motion for Expedited Hearing (Ct. Rec. 83) is GRANTED. The cause before the Court is **DISMISSED** without prejudice. **IT IS SO ORDERED.**

The district court executive is directed to enter this order and provide copies to counsel and the United States Marshals.

DATED this _9th__ day of June 2006.

                                                  s/ Edward F. Shea
                                      _____
                                            Edward F. Shea
                                    UNITED STATES DISTRICT JUDGE